IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF: ) CASE NO: 18-80203
JON M. CADY, )
 ) CHAPTER 13
 )
Debtor(s). )

STIPULATION REGARDING RESOLUTION OF TRUSTEE'S NOTICE OF PAYMENT DEFAULT

COMES NOW, Kathleen A. Laughlin, Chapter 13 Trustee and the Debtor, by and through undersigned attorney and agree to resolution of the Trustee's Notice of Payment Default as follows:

The Debtor agrees as follows (Mark and "X" by the appropriate item and note by which the required action will take place)

\_\_\_ 1. No later than _____, 20\_\_ the debtor agrees to cure the delinquent plan payments as well as pay all regular plan payment due through the above date. (Note: the Trustee will not agree to any extension to cure of more than 60 days)

X 2. The Debtor will file a Limited Motion to Modify the Chapter 13 Plan after Confirmation pursuant to Neb. R. Bankr. P. 3015-3(B), no later than 12/24, 2018.

\_\_\_ 3. The Debtor will file an Amended Plan no later than _____, 20\_\_ and obtain timely approval or confirmation of the amended plan to cure the delinquent payments.

\_\_\_ 4. The Debtor will file a Motion to convert no later than _____, 20\_\_.

[The Trustee will only agree to an amended plan, Limited Motion to Modify or an agreement to file a motion to convert that is to be filed within 30 days of the date that this stipulation is signed by the Debtor's attorney. The Trustee will not enter into a stipulation if it is not signed and dated by the Debtor's attorney and transmitted to the Trustee within two weeks of the issuance of the Trustee's Notice of Payment Default.]

DEBTOR AGREES AND UNDERSTANDS THAT IF THE ACTION WHICH THEY HAVE AGREED TO TAKE ABOVE DOES NOT OCCUR, THEN THE TRUSTEE WILL FILE A DECLARATION WITH THE COURT REQUESTING DISMISSAL OF THIS CASE. THIS STIPULATION DOES NOT AFFECT THE RIGHT OF ANY OTHER PARTY IN INTEREST TO SEEK DISMISSAL OF THIS CASE OR RELIEF FROM THE AUTOMATIC STAY.

Dated: 12/10/18    Signed: /s/ John T. Turco, Attorney for Debtor

Dated: 12/10/2018  Signed: _____ Debtor/Co-Debtor

Dated: December 19, 2018   Signed: s/Thomas P. Kenny #16872
                            for: Kathleen A. Laughlin, Trustee

Debtor's counsel should fax this proposed stipulation to the Trustee's Office at fax #1-402-330-1869
The Trustee declines to enter the above Stipulation for the following reasons:

Dated: _____   Signed: _____
                           Kathleen A. Laughlin, Trustee