# IN THE UNITED STATES BANKRUPTCY COURT
## District of Nebraska

| | |
|---|---|
| **In the Matter of:** | Case No. 18-80203 |
| Jon M. Cady | Chapter 13 |
| **Debtor(s)** | |

## Motion By Debtor
## To Convert From Chapter 13 to Chapter 7

COMES NOW the Debtors, by and through counsel, and respectfully represent:

1. Debtor(s), Jon M. Cady, commenced this case on February 16, 2018 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Movant(s) is eligible to be a debtor under Chapter 7 of said title, and desires to convert this case to a case under that chapter.

3. This case has not been converted from a case under any Chapter of Title 11, United States Code.

WHEREFORE, movant(s) prays for an Order converting this case under Chapter 7 and for relief under said Chapter 7.

Date:    5/15/2019

Jon M. Cady,

Debtor(s).

X _____
Jon M. Cady

_____
John T. Turco 19143
John T. Turco & Associates, P.C., L.L.O.
Attorney for the Debtor(s)
2580 South 90th St.
Omaha, NE 68124
Telephone:    (402) 933-8600
Fax:    (402) 933-2848

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO: 18-80203 |
| | ) | |
| JON M. CADY, | ) | |
| | ) | |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |
| | ) | |

## NOTICE SETTING RESISTANCE DEADLINE

PURSUANT TO Neb. R. Bankr. P. 9013, You are notified as follows:

1. John T. Turco, attorney for the above captioned debtor, has filed a Motion to Convert From Chapter 13 to a Chapter 7.

2. The last day to file a resistance to the Motion is June 11, 2019. The Resistance must be served on Debtors' counsel.

3. If the resistance period expires without the filing of any resistance, and declaration, the Court will consider entering an order granting the relief sought without further notice or hearing.

DATED: May 21, 2019

Jon M. Cady, Debtor.

By: /s/ John T. Turco
John T. Turco, #19143
2580 South 90th Street
Omaha, NE 68124
(402) 933-8600
Facsimile 934-2848
Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing MOTION TO CONVERT FROM CHAPTER 13 TO CHAPTER 7 AND NOTICE SETTING RESISTANCE DEADLINE was served upon the below listed parties, via CM/ECF May 21, 2019.

U.S. Trustee's Office (ECF)

Kathleen A. Laughlin (ECF)
Chapter 13 Trustee

The following have been provided service via U.S. Mail, first class, on May 21, 2019:

See Attached Exhibit "A"

/s/John T. Turco

ACAR Leasing LTD
dba GM Financial Leasing
PO Box 183853
Arlington, TX 76096

Americredit/GM Financial
Attn: Bankruptcy
PO Box 183853
Arlington, TX 76096-3853

Barclays Bank Delaware
100 S West St
Wilmington, DE 19801-5015

Capital One
Attn: General Correspondence / Bankrupt
PO Box 30285
Salt Lake City, UT 84130-0285

capital One Bank (USA) N.A.
Po Box 71083
Greene, RI 02827-2108

Centris Fed Credit Union
Attn: Bankruptcy
11825 Q St
Omaha, NE 68137

Centris Federal Credit Union
11825 Q St
Omaha, NE 68137-3503

Chase Card
PO Box 15298
Wilmington, DE 19850-5298

Citicards Cbna
Citicorp Credit Svc/Centralized Bankrupt
PO Box 790040
Saint Louis, MO 63179-0040

Department of Education
Office of General Counsel
400 Maryland Avenue SW
Washington, DC 20202-0008

Discover Financial
PO Box 3025
New Albany, OH 43054-3025

Equifax Information Services, LLC
PO Box 740256
Atlanta, GA 30374-0256

Experian
PO Box 2002
Allen, TX 75013-2002

FedLoan Servicing
Attention: Bankruptcy
Harrisburg, PA 17106-9184

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Jon M. Cady
PO Box 237
Elkhorn, NE 68022

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

National Account Systems of Omaha
PO Box 45767
Omaha, NE 68145-0767

Nebraska Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 94818
Lincoln, NE 68509-4818

Nebraska Furniture Mart
Attn: Collections
PO Box 2335
Omaha, NE 68103-2335

Portfolio Recovery Associates, LLC
Po Box 41067
Norfolk, VA 23541

Sarpy County Attorney
1210 Golden Gate Dr
Papillion, NE 68046

Sarpy County Treasurer
1210 Golden Gate Dr
Papillion, NE 68046

Thomas C. Underwood, Esq.
105 N. 31st St., Ste 211
Omaha, NE 68131

TransUnion
PO Box 2000
Chester, PA 19016-2000

U.S. Department of Education
c/o FedLoan Servicing
PO box 69184
Harrisburg, PA 17106-9184

United States Attorney s Office- Omaha
1620 Dodge St, Ste 1400
Omaha, NE 68101

USAA Svg Bk
Attn: Bankruptcy
10750 McDermott Fwy
San Antonio, TX 78288-0002

Verizon Wirelesss
Bankruptcy Administration
500 Technology Drive, Ste 550
Saint Charles, MO 63304

Weinstein and Riley, PS
2001 Western Ave. Ste. 400
Seattle, WA 98121