**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jon M. Cady | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF NEBRASKA

Case number: 18-80203
(if known)

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: ACAR Leasing LTD<br><br>Description of property securing debt: Volt 2017 Chevy 30000 miles Leased vehicle., VIN: 1G1RB6S51HU114101. LEASE ENDS 10/30/2020 Certified Pre-Owned value listed | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: Nebraska Furniture Mart<br><br>Description of property securing debt: Misc. electronics, etc. from Nebraska Furniture Mart. Some of the assets have been sold, but the Debtor acknowledges that the creditor's lien remains in the assets and will pay the fair market value of the same. | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |

Debtor 1  **Jon M. Cady**　　　　　　　　　　　　　　　　　Case number *(if known)*  **18-80203**

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: **Americredit/GM Financial** | ☐ No<br>■ Yes |
| Description of leased Property: **Lease of 2017 Chevy Volt.  $789 per month.  Approximately 35 months remaining.  Debtor to assume lease through Plan.** | |

Debtor 1  Jon M. Cady                                    Case number (if known)  18-80203

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X /s/ Jon M. Cady                                        X _____
Jon M. Cady                                                 Signature of Debtor 2
Signature of Debtor 1

Date  May 15, 2019                                       Date