NtcDtEd (12/10)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**
**111 South 18th Plaza**
**Suite 1125**
**Omaha, NE 68102**

In Re:

Jon M. Cady

Debtor(s)

Bankruptcy Proceeding No.  18−80203−TLS
Chapter  7

Judge:  Thomas L. Saladino

### NOTICE OF REQUIREMENT FOR FINANCIAL MANAGEMENT COURSE

As of this date, a debtor's statement of completion of a course concerning personal financial management as required by 11 U.S.C. § 727(a)(11) and Bankruptcy Rule 1007(b)(7) has **not** been filed.

According to Rule 1007(c), time limits for filing statements are as follows:

- In a chapter 7 case, the debtor shall file the statement within 60 days after the first date set for the meeting of creditors under § 341 of the Code.
- In a chapter 13 case, no later than the date when the last payment was made by the debtor as required by the plan or filing of a motion for hardship discharge under § 1328(b).

THIS IS NOTICE that the case will be closed without entry of a discharge unless the statement is filed within the applicable time limit under Rule 1007(c) as explained above.

Dated:  8/12/19

Diane Zech
Clerk, U.S. Bankruptcy Court

Copy mailed to debtor:

Jon M. Cady
PO Box 237
Elkhorn, NE 68022