Certificate Number: 03088-NE-DE-033349909

Bankruptcy Case Number: 18-80203



03088-NE-DE-033349909

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 4, 2019, at 9:29 o'clock PM CDT, Jon M Cady completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Nebraska.

Date:   September 4, 2019              By:    /s/Doug Tonne

                                        Name:  Doug Tonne

                                        Title: Counselor